UNITED STATES OF AMERICA

       Plaintiff,

v.

PAUL NICHOLAS MILLER,

       Defendant.

_____/

## MOTION TO TERMINATE SUPERVISED RELEASE TERM

COMES NOW the Defendant PAUL NICOLAS MILLER by and through undersigned counsel who respectfully moves to terminate the Defendant's Supervised release term. As grounds therefore the Defendant would state the following:

1. On February 25, 2021, the defendant was charged with possession of a firearm and ammunition by a convicted felon and possession of an unregistered firearm

2. After pleading guilty to these charges on September 28, 2021, the defendant was sentenced to 41 months in the Federal Bureau of Prison and a term of 36 months of supervised release all concurrently.

3. After the Defendant's release from custody, he began serving his supervised release term.

4. The Defendant has now served approximately half of that term of supervised release.

5. He has lived honorably while on supervised release and has complied with all of his conditions thereof.

6. During the term of his sentence the Defendant's mother passed away. Upon his release therefore the defendant has been the primary caretaker for his elderly and infirm father.

Obviously should his supervised release term be terminated it will be easier for the defendant both to work and continue caring for his father from a financial standpoint and temporal standpoint.

7. In view of the foregoing undersigned counsel requests that the Defendant's supervised release term be terminated.

8. Undersigned counsel has spoken to Assistant United States Attorney Michael Charles Shepherd who opposes this Motion.

WHEREFORE based upon the forgoing undersigned counsel respectfully requests this instant motion be GRANTED.

Dated: January 15, 2025.

Respectfully submitted,

**Michael B. Cohen**
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Email: micheal@mcohenlaw.com
Email: eservice@mcohenlaw.com